UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEPHEN T. PARSHALL,<br>ANDREW LYNAM, and<br>WILLIAM LOOMIS,<br><br>　　　　Defendant. | Case No. 2:20-CR-00128-KJD-BNW<br><br>**FINDINGS AND ORDER ON STIPULATION** |

　　　　Based on the pending Stipulation between the defense counsel and the government, and good cause appearing therefore, the Court hereby finds that:

　　　　1.　　The parties require additional time to review discovery in preparation for trial.

　　　　2.　　Defense counsel require additional time to review the government's evidence with the defendants to determine whether the case should be resolved outside of trial.

　　　　3.　　Defendants are incarcerated and do not object to the request for a continuance.

　　　　4.　　This continuance is not sought for purposes of delay.

　　　　5.　　Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

　　　　6.　　The additional time requested by this stipulation is excludable in computing the time within which the trial must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(1)(D) and (H); and (h)(6) and (7)(A), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

　　　　7.　　This is the fourth request for a continuance filed herein.

*****************************

**ORDER**

　　　　THEREFORE, it is ORDERED that the parties shall have to and including December 6, 2021, to file any pretrial motions and notices of defense.

IT IS FURTHER ORDERED, that the parties shall have to and including December 20, 2021, to file any responsive pleadings.

IT IS FURTHER ORDERED, that the parties shall have to and including December 27, 2021, to file any responsive pleadings.

IT IS FURTHER ORDERED that the calendar call and trial in the above-captioned matters currently scheduled for July 6, 2021, and July 12, 2021, respectively, respectfully, be vacated and continued to a date and time convenient to this court, that is calendar call Tuesday, January 18, 2022, at the hour of 9:00 a.m., and trial January 24, 2022, at the hour of 9:00 a.m..

DATED this 14th day of June, 2021.

_____
KENT J. DAWSON
UNITED STATES DISTRICT COURT JUDGE

4